STATE OF NEW JERSEY v. ROBERT HOLMES.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE FRANKLIN.

November 12, 1973. Petition for certification denied.

GOODWIN HOMES, INC. AND C G ASSOCIATES v. MT. LAUREL TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

November 12, 1973. Petition for certification denied.

GOODWIN HOMES, INC. AND C G ASSOCIATES v. MT. LAUREL TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

November 12, 1973. Cross-petition for certification denied.

CANTERBURY PROPERTIES, INC. v. MUNICIPAL UTILITIES AUTHORITY OF MT. LAUREL TOWNSHIP AND MT. LAUREL SEWERAGE CORP.

November 12, 1973. Petition for certification denied. (See 124 *N. J. Super.* 448)